GOODNOW v. CHAPMAN.

1. Goodnow v. Litchfield, 63 Iowa, 275, followed.

*Appeal from Webster District Court.*

THURSDAY, OCTOBER 23.

*George Crane*, for appellant.

*Theodore Hawley*, for appellee.

BECK, J.—Both parties appeal in this case. The plaintiff, first perfecting his appeal, is denominated the appellant.

The facts of the case and questions of law involved are the same as those in *Goodnow v. Litchfield*, 63 Iowa, 275; *Iowa Homestead Co. v. Des Moines Navigation & Railroad Co.*, Id., 285; *Goodnow v. Stryker*, 62 Id., 221. Some confusion and difficulty has resulted from submitting this case with others, and the failure to point out the distinctions in the several cases. We may express a hope that we will not again have occasion to repeat the reference to such matters which we made in *Iowa Homestead Co. v. Des Moines Navigation & Railroad Co.*, *supra*.

Following the cases above mentioned, the decree of the district court is reversed, and the cause is remanded for a decree in harmony with our opinion in *Goodnow v. Litchfield*, *supra*: that is to say, for a decree in favor of plaintiff for the amount of the taxes paid by him, with interest from the day of payment, which shall be declared to be a lien upon all the lands collectively upon which the taxes were paid.

REVERSED.